ERIN E. HOLBROOK, Chief Counsel
ALAN M. STEINBERG, Deputy Chief Counsel
GINA L. CARDOZA, Assistant Chief Counsel
BAHAR M. HAMIDI, State Bar No. 318256
DANIELLE E. PATCH, State Bar No. 350929
California Department of Transportation
1120 N Street (MS 57), Sacramento, CA 95814
P.O. Box 1438, Sacramento, CA  95812-1438
Telephone:  (916) 654-2630
Facsimile:   (916) 654-6128

Attorneys for Defendant,
STATE OF CALIFORNIA DEPARTMENT
OF TRANSPORTATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARICIO LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, and Does 1-20, inclusive,<br><br>　　　　Defendants | Case No.: 2:25-CV-00707-WBS-SCR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Complaint Filed: February 28, 2025 |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys that Defendant CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION ("Caltrans") may have additional time within which to respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure Rule 6.  Therefore, parties agree that the last day for Defendant to answer or otherwise respond to Plaintiff's Complaint is Tuesday, April 22, 2025.

　　　Good cause exists for this extension as defense counsel has just been assigned to this case and requires time to become knowledgeable about the case to prepare an initial pleading.

　　　Response to Plaintiff's Complaint is currently due on Tuesday, March 25, 2025.  No prior

-1-
STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

extensions of time for responding have been sought or granted and the requested extension is not more than 28 days pursuant to United States District Court, Eastern District of California Local Rule 144.

This document is being electronically filed through the Court's ECF System.  In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

|  |  |
|---|---|
|  | Respectfully submitted,<br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION |
| DATED:  March 20, 2025 | By:      */s/ Danielle E. Patch*<br>Danielle E. Patch<br>Attorney for Defendant<br>CALIFORNIA STATE DEPARTMENT OF TRANSPORTATION |
| DATED:  March 20, 2025 | ROSENBERG, SHPALL & ZEIGEN, APLC<br><br>By*:      /s/ Chad Edwards*<br>Chad Edwards<br>Attorney for Plaintiff<br>MARICIO LOPEZ |

### ORDER

Pursuant to the parties' stipulation, **IT IS SO ORDERED.**  Defendant should answer or otherwise respond to Plaintiff's complaint on or before Tuesday, April 22, 2025.

Dated:  March 21, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE