ERIN E. HOLBROOK, Chief Counsel
ALAN M. STEINBERG, Deputy Chief Counsel
GINA L. CARDOZA, Assistant Chief Counsel
BAHAR M. HAMIDI, State Bar No. 318256
DANIELLE E. PATCH, State Bar No. 350929
California Department of Transportation
1120 N Street (MS 57), Sacramento, CA 95814
P.O. Box 1438, Sacramento, CA  95812-1438
Telephone: (916) 654-2630
Facsimile: (916) 654-6128
Attorneys for Defendant,
STATE OF CALIFORNIA DEPARTMENT
OF TRANSPORTATION

DAVID ROSENBERG, State Bar No. 99105
CHAD EDWARDS, State Bar No. 308909
Rosenberg & Associates
A Professional Legal Corporation
10815 Rancho Bernardo Road, Suite 260
San Diego, CA 92127
Telephone:  (619) 232-1826
Facsimile:  (619) 232-1859
Attorneys for Plaintiff,
MARICIO LOPEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICIO LOPEZ,<br><br>                    Plaintiff,<br><br>          vs.<br><br>STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION, and Does 1-20, inclusive,<br><br>                    Defendants. | Case No.: 2:25-CV-00707-WBS-SCR<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Honorable William B. Shubb<br><br>Complaint Filed: February 28, 2025 |

// // //

// // //

-1-

Case No.: 2:25-CV-00707-WBS-SCR
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

## <u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>

IT IS HEREBY STIPULATED by and through the designated counsel of the parties Plaintiff MARICIO LOPEZ and Defendant STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action and each and every count and claim asserted therein, be dismissed with prejudice with each party to bear their own costs, expenses and fees related therewith.

Respectfully submitted on the 18th day of June 2026

**STATE OF CALIFORNIA**                          **ROSENBERG & ASSOCIATES**
**DEPARTMENT OF TRANSPORTATION**


By:/s/ *Bahar M. Hamidi*___                      By:/s/ *Chad Edwards*___
BAHAR M. HAMIDI                                  CHAD EDWARDS
Attorney for Defendant,                          Attorney for Plaintiff,
STATE OF CALIFORNIA                              MARICIO LOPEZ
DEPARTMENT OF TRANSPORTATION

### ORDER

Based on the parties' stipulation, IT IS SO ORDERED that this matter is dismissed with prejudice. Each party is to bear their own costs, expenses and fees related to this matter. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.


Dated:  June 22, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No.: 2:25-CV-00707-WBS-SCR
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER